IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARNELL CHAMBERLAIN,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 15-5935 |
| | : | |
| **BOBBI JO SALAMON, et al.,** | : | |
| Respondents. | : | |

# O R D E R

In July 2017, *pro se* state prisoner Carnell Chamberlain filed an Amended Petition for Writ of Habeas Corpus.  (Doc. No. 28); 28 U.S.C. § 2254.  In May 2021 (after Chamberlain had exhausted his state court remedies), I referred his Amended Petition to Magistrate Judge Hey for a Report and Recommendation.  (Doc. No. 36.)  On April 15, 2024, Judge Hey recommended that I deny relief.  (Doc. No. 78.)

Although I granted Chamberlain's two requests for extensions of time to file objections, allowing him until May 20, 2024 to respond to Judge Hey's Report and Recommendation, he filed nothing.  (Doc. Nos. 79, 80, 81, 82.)  Accordingly, I must "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) Advisory Committee Notes; see also Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987).  Having reviewed the Report, I see no clear errors.  To the contrary, I agree with Judge Hey's Recommendation.

\*                              \*                              \*

**AND NOW**, this 3rd day of June, 2024, upon consideration of the pleadings and record herein, and after careful review of Judge Hey's Report and Recommendation (Doc. No. 78), and all related filings, it is hereby **ORDERED** that:

1. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED**;

2. The Magistrate Judge's Report and Recommendation (Doc. No. 78) is **APPROVED AND ADOPTED**;

3. A certificate of appealability will not issue; and

4. The Clerk of Court **SHALL** mark this case **CLOSED**.

                                      **AND IT IS SO ORDERED.**

                                      */s/ Paul S. Diamond*
                                      Paul S. Diamond, J.